NICOLA BASILE, Respondent, v. JULIUS LEHRENKRAUSS and Others, a Copartnership Doing Business under the Name of J. LEHRENKRAUSS & SONS, Appellants. — Judgment reversed on the law and the facts, with costs to the appellants, and complaint dismissed, with costs. The trial court found that the assignments of the bonds and mortgages from plaintiff to defendants were executed by plaintiff and delivered, together with the bonds and mortgages, to Robert R. Danzilo for the purpose of delivering the same to the defendants and receiving for the plaintiff the amount due thereon. Danzilo was, therefore, the agent of the plaintiff for the purpose stated, and it was error for the court to refuse to find that Danzilo was the agent of the plaintiff. The delivery to Danzilo of the checks to his order for the amount of the bonds and mortgages was payment to plaintiff. (*Potter* v. *Sager*, 228 N. Y. 526.) The refusal of the court to find that Danzilo was the agent of the plaintiff is reversed, and a finding will be made that Danzilo was such agent. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Scudder, J., votes for reversal and a new trial. Settle order on notice.

BELOME REALTY CORPORATION, Respondent, v. JANE L. HOWARD, Appellant, Impleaded with MARGARET E. HOWARD and Others, Defendants.— Orders denying motions of defendant Jane L. Howard to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

BENJAMIN BLAZER, Respondent, v. JACOB PHILIPOWITZ and Others, Defendants, Impleaded with ROSE DAVIS and YETTA PHILIPS, Appellants.— Order appointing receiver *pendente lite* reversed on the law and the facts, without costs, and motion denied, without costs, on condition that within five days from the entry of the order herein appellants file a corporate surety bond securing the payment of the judgment, interest and costs in the event that the plaintiff succeeds in this action; and that they pay the reasonable fees and expenses of the receiver to date within five days after service of a copy of the order herein with notice of entry thereof; otherwise, order affirmed, with ten dollars costs and disbursements. Appeal from order denying motion for reargument or to resettle order dismissed. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur. Settle order on notice.

LAURA M. BRACKETT, Appellant, v. VALENTINE W. SMITH and NORMAN R. JOHNSON, as Executors, etc., of JOSEPHINE A. DUTCHER, Deceased, Respondents, Impleaded with LUCILLE JOHNSON BLACKWOOD and Others, Defendants.— Order, in so far as appealed from, reversed on the law and the facts, with ten dollars costs and disbursements, and motion for leave to amend complaint granted on condition that plaintiff stipulate that the original date of issue remain unchanged; on the ground that the record shows that the plaintiff was entitled to amend so that she could put her pleading in such shape as to enable her to litigate upon the trial all the questions affecting the rights of the parties; that such amendment might properly have been made on the trial (Rules Civ. Prac. rule 166); and that there is no prejudice to any substantial right of defendants by permitting such amendment. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.